MOW 2015-2 (11/13)

Case Name: Osage Masonry Holdings, LLC Case No: 17-50080-can11

**Monthly Operating Report Summary for Month of: August**

**REVENUE**

1. **Gross Income** .......... $_76062.42

**Cost of Goods Sold**

2. Materials .......... $7000.79
3. Direct Labor .......... $18445.84
4. Overhead .......... $__________
5. **Total Cost of Goods Sold (add lines 2 through 4)** .......... - $_25446.63
6. **Gross Profit (subtract line 5 from line 1)** .......... $_50615.79

**OPERATING EXPENSES**

7. Owner/Officer - Draws/Salaries .......... $6000.00
8. Other Employee Salaries .......... $__________
9. Advertising and Marketing .......... $__________
10. Insurance .......... $9116.17
11. Payroll Taxes .......... $__________
12. Lease and Rent .......... $5491.39
13. Telephone and Utilities .......... $265.10
14. Attorney and Other Professional Fees .......... $5425.00
15. UST Quarterly Fees .......... $1625.00
16. Other Expenses .......... $29914.19
17. **Total Operating Expenses (add lines 7 through 16)** .......... -$57836.85
18. **Net Income (Loss) (subtract line 17 from line 6)** .......... $18225.57

**CURRENT ASSETS**

19. Accounts Receivable at end of month .......... $22589.22
20. Increase (Decrease) in Accounts Receivable from prior month .......... $_______-___
21. Inventory at end of month .......... $__________
22. Increase (Decrease) in Inventory from prior month .......... $__________
23. Cash at end of month .......... $21487.10
24. Increase (Decrease) in Cash from prior month .......... $7227.34

**LIABILITIES**

25. Increase (Decrease) in post-petition debt .......... $_____
    Include the net amount of any changes to business debt incurred post-petition
26. Increase (Decrease) in pre-petition debt .......... $__________
    Include the net amount of any changes to business debt incurred pre-petition

**Taxes payable:**

27. Federal Payroll Taxes .......... $__________
28. State Payroll Taxes .......... $__________
29. Local Payroll Taxes .......... $__________
30. State Sales Taxes .......... $__________
31. Real Estate and Personal Property Taxes .......... $__________
32. Other (describe) .......... $__________
33. **Total Taxes Payable (add lines 27 through 32)** .......... $__________

Instructions: File as a separate document
ECF Event: Bankruptcy>Other>Monthly Operating Report Summary